**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STONECRAFTERS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) ) | FILED: DECEMBER 08, 2008<br>08 CV 6992<br>JUDGE DARRAH<br>MAGISTRATE JUDGE SCHENKIER<br>JH |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: |
| FOXFIRE PRINTING AND PACKAGING, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, FOXFIRE PRINTING AND PACKAGING, INC., ("Foxfire") through its undersigned attorneys, pursuant to 28 U.S.C. §§1446 and 1453(b), hereby removes the above-captioned action, pending in the Circuit Court of Cook County, Illinois, as Case No. 08 CH 2018, to the United States District Court for the Northern District of Illinois. Removal is based upon 28 U.S.C. §§ 1331 and 1441.

As grounds for removal, Foxfire states as follows:

1. Plaintiff STONECRAFTERS, INC., on behalf of itself and purportedly for a class of those similarly situated, filed a complaint with the Circuit Court of Cook County, Illinois (the "State Court Case"). The State Court Case was given Case No. 08 CH 2018.

2. The State Court Case alleges a violation of the federal Telephone Consumer Protection Act of 1991, 47 U.S.C. §227 ("TCPA"), and a common law claim for conversion and a violation of the Illinois Consumer Fraud Action ("ICFA"), 815 ILCS 505/2, et seq. A true copy of the Complaint, together with its exhibits, and all process and pleadings served is attached hereto as Exhibit A.

3. This Court has jurisdiction over Plaintiff's putative class action because it arises under the laws of the United States, specifically the TCPA.

4. The State Court Case alleges that Defendant violated §227(b)(1)(C) of the TCPA by sending an unsolicited facsimile. Plaintiff further alleges that §227(b)(3) provides Plaintiff with a private right of action for violations of the TCPA.

5. This Court possesses original jurisdiction over all cases arising under the laws of the United States. 28 U.S.C. §1331. In the State Court Case, Plaintiff seeks recovery under the TCPA, a federal statute. See Brill v. Countrywide Home Loans, Inc., 427 F.3d 446, 449-51 (7th Cir. 2005).

6. This Court possesses removal jurisdiction under 28 U.S.C. §1441. TCPA actions may be removed because a claim that a business violated the TCPA is a claim under federal law. See Brill at 449.

7. This Court has supplemental jurisdiction over Plaintiff's ICFA and common law conversion claims because they are so related to the TCPA claim that they form part of the same cause or controversy. See 28 U.S.C. §1367. Supplemental jurisdiction should not be refused, as Plaintiff's claims raise no novel or complex issue of state law, nor do Plaintiff's state or common law claims predominate over its federal claim. See 28 U.S.C. §1367(c).

8. Plaintiff filed the State Court Case on February 28, 2008. On November 10, 2008, Foxfire was served with the Summons and Complaint in the State Court Case on 08 CH 2018.

9. As such this notice is being filed with the U.S. District Court for the Northern District of Illinois on December 8, 2008 within 30 days of determining that the case was removable to this Court. See 28 U.S.C. §1446(b).

10. This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. §1446(a).

11. Defendant Foxfire has also filed its "Notice of Filing Notice of Removal" with the Circuit Court of Cook County. A true copy of the Notice is attached hereto as Exhibit B and will be served upon Plaintiff's counsel pursuant to 28 U.S.C. §1446(a) and (d).

12. This Notice of Removal is signed in compliance with Fed. R. Civ. Pro. 11.

13. In the event Plaintiff moves for remand, or this Court considers remand *sua sponte*, Foxfire respectfully requests the opportunity to submit supplemental authority, evidence and argument in support of removal, as may be appropriate.

WHEREFORE, this Action should proceed in the United States District Court for the Northern District of Illinois, as an action properly removed thereto.

DATED: December 8, 2008

Respectfully Submitted,

FOXFIRE PRINTING AND PACKAGING, INC.
Defendant,

By: /s/ Stephanie W. Tipton
One of its Attorneys

Alan I. Becker  (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)

## **CERTIFICATE OF SERVICE**

I, Stephanie W. Tipton, an attorney, under oath, certify that I served a copy of the **Notice of Filing Notice of Removal** and attached **Notice of Removal** upon:

TO:  Clerk of the Circuit Court  
McHenry County Government Center  
2200 N. Seminary Avenue (Route 47)  
Woodstock, IL 60098

Brian J. Wanca  
Anderson & Wanca  
3701 Algonquin Road, Suite 760  
Rolling Meadows, IL 60008

Phillip A. Bock  
Bock & Hatch, LLC  
134 N. LaSalle St., Suite 1000  
Chicago, IL 60602

by electronically filing with the Clerk of the Court using the CM/ECF system that will forward it to the above participants on the 8TH day of December, 2008.

s/STEPHANIE W. TIPTON  
Stephanie W. Tipton

Alan I. Becker  (00147524)  
Stephanie W. Tipton (06270738)  
LITCHFIELD CAVO, LLP  
303 West Madison Street, Suite 300  
Chicago, IL  60606  
312-781-6622 (Becker)  
312-781-6636 (Tipton)  
312-781-6630 (fax)