## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
## Eastern Division

Stonecrafters Inc
                                        Plaintiff,

v.                                                         Case No.: 1:08−cv−06992
                                                        Honorable Frederick J. Kapala

Foxfire Printing and Packaging Inc
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 26, 2010:

      MINUTE entry before Honorable P. Michael Mahoney: Plaintiff's Motion for reconsideration [103] is denied. Plaintiff's counsel does not appear. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.